In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-409 CR


____________________



GARY WAYNE GRAHAM, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 07-03-02354-CR






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Gary Wayne Graham, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
 The motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 




 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered February 6, 2008

Do not publish


Before Gaultney, Kreger and Horton, JJ.